IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD GENE GUY,

    Plaintiff,

v.                                          No. CV 14-0149 KG/KK

NEW MEXICO CORRECTIONS DEPARTMENT, et al.,

    Defendants.

ORDER OF DISMISSAL

This matter is before the Court *sua sponte*. By order entered on August 27, 2014 (Doc. 6), the Court directed Plaintiff to cure certain filing defects. Plaintiff has not complied with the directive or otherwise responded to the order. Because Plaintiff has not paid the statutory filing fee, filed a motion under 28 U.S.C. § 1915, or shown cause for excusing these failures, *see Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001), the Court will dismiss his complaint.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED without prejudice, and this action is DISMISSED.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE